AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

Travelers Casualty & Surety Company of America )
)
)
)
)
_____ )
Plaintiff(s) )
v. ) Civil Action No. 2:13cv101-KS-MTP
)
Hub Mechanical Contractors, Inc., )
Carreme B. Curry, George C. Curry, )
Cindy B. Curry, Margie C. Fails, )
Philip A. Fails, and Arthur C. Henderson )
_____ )
Defendant(s) )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Hub Mechanical Contractors, Inc.
Through its Registered Agent:
George Curry
2810 Edwards Street
Hattiesburg, MS 39401 or 811 Johnson Avenue, Hattiesburg, MS 39402 or
37 Bryant Drive, Hattiesburg, MS 39402

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ellie B. Word
Krebs, Farley & Pelleteri, PLLC
188 East Capitol Street, Suite 900
Jackson, MS 39201
eword@kfplaw.com
Telephone: 601-968-6710

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

J.T. NOBLIN
CLERK OF COURT

Date: May 15, 2013                         D McDonald, D.C.
                                           *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

Travelers Casualty & Surety Company of America )
)
)
)
_____ )
*Plaintiff(s)* )
v. )  Civil Action No. 2:13cv101-KS-MTP
)
Hub Mechanical Contractors, Inc., )
Carreme B. Curry, George C. Curry, )
Cindy B. Curry, Margie C. Fails, )
Philip A. Fails, and Arthur C. Henderson )
_____ )
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Arthur C. Henderson
445 East Side Drive
Ovette, Mississippi 39464

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ellie B. Word
Krebs, Farley & Pelleteri, PLLC
188 East Capitol Street, Suite 900
Jackson, MS  39201
eword@kfplaw.com
Telephone:  601-968-6710

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

J.T. NOBLIN
CLERK OF COURT

Date: May 15, 2013                                              D. McDonald, D.C.
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

| | |
|---|---|
| Travelers Casualty & Surety Company of America <br><br> _Plaintiff(s)_ <br> v. <br><br> Hub Mechanical Contractors, Inc., <br> Carreme B. Curry, George C. Curry, <br> Cindy B. Curry, Margie C. Fails, <br> Philip A. Fails, and Arthur C. Henderson <br> _Defendant(s)_ | Civil Action No. 2:13cv101-KS-MTP |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Philip A. Fails
1460 Cavanaugh Road
Bassfield, Mississippi 39421

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Ellie B. Word
Krebs, Farley & Pelleteri, PLLC
188 East Capitol Street, Suite 900
Jackson, MS  39201
eword@kfplaw.com
Telephone:  601-968-6710

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

J.T. NOBLIN
_CLERK OF COURT_

Date: _May 15, 2013_                              _D. McDonald, D.C._
                                                        _Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| Travelers Casualty & Surety Company of America <br><br> _Plaintiff(s)_ <br> v. <br><br> Hub Mechanical Contractors, Inc., <br> Carreme B. Curry, George C. Curry, <br> Cindy B. Curry, Margie C. Fails, <br> Philip A. Fails, and Arthur C. Henderson <br> _Defendant(s)_ | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 2:13CV101-KS-MTP |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_ Margie C. Fails
1460 Cavanaugh Road
Bassfield, Mississippi 39421

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ellie B. Word
Krebs, Farley & Pelleteri, PLLC
188 East Capitol Street, Suite 900
Jackson, MS 39201
eword@kfplaw.com
Telephone: 601-968-6710

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

J.T. NOBLIN
CLERK OF COURT

Date: May 15, 2013

_D. McDonald_
_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

| | |
|---|---|
| Travelers Casualty & Surety Company of America <br><br> *Plaintiff(s)* <br> v. <br> Hub Mechanical Contractors, Inc., <br> Carreme B. Curry, George C. Curry, <br> Cindy B. Curry, Margie C. Fails, <br> Philip A. Fails, and Arthur C. Henderson <br> *Defendant(s)* | Civil Action No. 2:13cv101-KS-MTP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* George C. Curry
#25 Canebrake
Hattiesburg, Mississippi 39402 OR 811 Johnson Avenue, Hattiesburg, MS 39402 OR
37 Bryant Drive, Hattiesburg, Mississippi 39402

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Ellie B. Word
Krebs, Farley & Pelleteri, PLLC
188 East Capitol Street, Suite 900
Jackson, MS 39201
eword@kfplaw.com
Telephone: 601-968-6710

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

J.T. NOBLIN
CLERK OF COURT

Date: May 15, 2013

D. McDonald, D.C.
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| Travelers Casualty & Surety Company of America<br><br>_____<br>Plaintiff(s)<br>v.<br>Hub Mechanical Contractors, Inc.,<br>Carreme B. Curry, George C. Curry,<br>Cindy B. Curry, Margie C. Fails,<br>Philip A. Fails, and Arthur C. Henderson<br>_____<br>Defendant(s) | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 2:13cv101-KS-MTP<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Cindy B. Curry
#25 Canebrake
Hattiesburg, Mississippi 39402 OR 811 Johnson Avenue, Hattiesburg, MS 39402 OR
37 Bryant Drive, Hattiesburg, Mississippi 39402

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Ellie B. Word
Krebs, Farley & Pelleteri, PLLC
188 East Capitol Street, Suite 900
Jackson, MS 39201
eword@kfplaw.com
Telephone: 601-968-6710

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

J.T. NOBLIN
CLERK OF COURT

Date: May 15, 2013

_D. McDonald, D.C._
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| Travelers Casualty & Surety Company of America <br><br> Plaintiff(s) <br> v. <br> Hub Mechanical Contractors, Inc., <br> Carreme B. Curry, George C. Curry, <br> Cindy B. Curry, Margie C. Fails, <br> Philip A. Fails, and Arthur C. Henderson <br> Defendant(s) | Civil Action No. 2:13cv101-KS-MTP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Carreme B. Curry
112 Corkwood Drive
Hattiesburg, Mississippi 39402

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Ellie B. Word
Krebs, Farley & Pelleteri, PLLC
188 East Capitol Street, Suite 900
Jackson, MS 39201
eword@kfplaw.com
Telephone: 601-968-6710

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

J.T. NOBLIN
CLERK OF COURT

Date: May 15, 2013

D. McDonald, D.C.
*Signature of Clerk or Deputy Clerk*