AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

| | |
|---|---|
| Travelers Casualty & Surety Company of America <br><br> _Plaintiff(s)_ <br> v. <br><br> Hub Mechanical Contractors, Inc., <br> Carreme B. Curry, George C. Curry, <br> Cindy B. Curry, Margie C. Falls, <br> Philip A. Falls, and Arthur C. Henderson <br> _Defendant(s)_ | Civil Action No. 2:13cv101-KS-MTP |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_ Arthur C. Henderson
445 East Side Drive
Ovette, Mississippi 39464

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Ellie B. Word
Krebs, Farley & Pelleteri, PLLC
188 East Capitol Street, Suite 900
Jackson, MS 39201
eword@kfplaw.com
Telephone: 601-968-6710

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

J.T. NOBLIN
_CLERK OF COURT_

Date: May 15, 2013

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:13CV101-KS-MTP

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Arthur C. Henderson
was received by me on *(date)* May 23, 2013.

☒ I personally served the summons on the individual at *(place)* 445 East Side Drive, Olette, MS 39464 on *(date)* May 23, 2013 at 6:40pm

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: May 23, 2013

*April Wiginton*
*Server's signature*

April Wiginton
*Printed name and title*

Quantum Process
418 Pittman Rd
Ellisville, MS 39437
*Server's address*

Additional information regarding attempted service, etc: