EXHIBIT "A"

Indemnitor – Individual _(signature)_ 10/28/09   P.O. Box 514, Bassfield, MS 39421

Margie C. Fails
Indemnitor – Individual _(print or type)_   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 SS#

**ACKNOWLEDGEMENT**
STATE OF Mississippi   County of Forrest

On this 28 day of OCT, 2009, before me personally appeared Margie C. Fails of the address shown above, known or proven to me to be the person described in and who executed the foregoing instrument, and he/she acknowledged to me that he/she executed the same. IN WITNESS WHEREOF, I have hereunto set my hand and affixed my OFFICIAL SEAL the day and year first above written.

Notary Public _(signature)_
EDNA M. KEIM Notary Public _(print or type)_
Notary Public residing at: HATTIESBURG, MS
Commission expires:

Indemnitor – Individual _(signature)_ 10/28/09   P.O. Box 514, Bassfield, MS 39421

Phillip A. Fails
Indemnitor – Individual _(print or type)_   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 SS#

**ACKNOWLEDGEMENT**
STATE OF Mississippi   County of Forrest

On this 28 day of OCT, 2009, before me personally appeared Phillip A. Fails of the address shown above, known or proven to me to be the person described in and who executed the foregoing instrument, and he/she acknowledged to me that he/she executed the same. IN WITNESS WHEREOF, I have hereunto set my hand and affixed my OFFICIAL SEAL the day and year first above written.

Notary Public _(signature)_
EDNA M. KEIM Notary Public _(print or type)_
Notary Public residing at: HATTIESBURG, MS
Commission expires:

Indemnitor – Individual _(signature)_ 10-28-09   446 East Side Drive, Ovett, MS 39464

Arthur C. Henderson
Indemnitor – Individual _(print or type)_   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 SS#

**ACKNOWLEDGEMENT**
STATE OF Mississippi   County of Forrest

On this 28 day of OCT, 2009, before me personally appeared Arthur C. Henderson of the address shown above, known or proven to me to be the person described in and who executed the foregoing instrument, and he/she acknowledged to me that he/she executed the same. IN WITNESS WHEREOF, I have hereunto set my hand and affixed my OFFICIAL SEAL the day and year first above written.

Notary Public _(signature)_
EDNA M. KEIM Notary Public _(print or type)_
Notary Public residing at: HATTIESBURG, MS
Commission expires:

S-5007 (8-2004)

Page 4