IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

**TRAVELERS CASUALTY & SURETY**
**COMPANY OF AMERICA, INC.** **PLAINTIFF**

**V.** **CIVIL ACTION NO. 2:13cv101-KS-MTP**

**HUB MECHANICAL CONTRACTORS, INC.,**
**CARREME B. CURRY, GEORGE C. CURRY,**
**CINDY B. CURRY, MARGIE C. FAILS,**
**PHILIP A. FAILS, AND ARTHUR C. HENDERSON** **DEFENDANTS**

## DEMAND FOR JURY TRIAL

**COMES NOW** Defendant, Philip A. Fails ("Mr. Fails"), and files this **DEMAND FOR JURY TRIAL**. Pursuant to Fed. R. Civ. Proc. 38 and 5(d) and the Seventh Amendment to the U.S. Constitution, Mr. Fails demands a jury trial as to all issues, claims and matters in this action. Additionally, the Mississippi Constitution Article 3, Section 31 provides that "the right of trial by jury shall remain inviolate." Miss. Const. Art. 3, § 31.

Pursuant to Loc. R. 38(a) of the U.S. District Courts of the Southern District of Mississippi, Mr. Fails files this separate Demand for Jury Trial.

**WHEREFORE, PREMISES CONSIDERED,** Mr. Fails prays that this Court will order a jury trial as to all issues, claims and matters in this action. Mr. Fails also prays for such other relief as to which this Court deems just and appropriate.

**THIS** the 19ᵗʰ day of August, 2013.

        Respectfully submitted,

        **PHILIP A. FAILS**

        By:   /s/ *Christopher Solop*
        Christopher Solop, MSB #7687
        Brenda Redfern, MSB #7428
        His Attorneys

**OF COUNSEL:**

**BIGGS, INGRAM, SOLOP & CARLSON, PLLC**
111 Capitol Building
111 East Capitol Street, Suite 101
Jackson, Mississippi  39201
**Christopher Solop**, MSB #7687
   Telephone:  (601) 987-4822
   Facsimile:   (601) 713-9920
   Email: csolop@bisclaw.com
**Brenda Redfern**, MSB #7428
   Telephone:  (601) 954-6028
   Facsimile:   (601) 713-9927
   Email:  bredfern@bisclaw.com

## **CERTIFICATE OF SERVICE**

I, Christopher Solop, one of the attorneys for Philip A. Fails, do hereby certify that I have this day electronically filed the foregoing document with the Clerk of the Court using the ECF system, which sent notification to all registered users, including the opposing party's attorneys, including:

Ellie Burnham Word
eword@kfplaw.com

Alec M. Taylor
ataylor@kfplaw.com

*Attorneys for Travelers Casualty & Surety Company of America*

Samuel Christopher Farris
rusnapper@aol.com

*Attorney for George C. Curry*

Robert C. Williamson, Jr.
rcw@baria-williamson.com

*Attorney for Margie C. Fails*

THIS the 19th day of August, 2013.

/s/ *Christopher Solop*
Christopher Solop