EXHIBIT "A"

_____ /s/ Margie C. Fails _____ 10/28/09    P.O. Box 514, Bassfield, MS 39421
Indemnitor – Individual   (signature)        Month/Day/Year    Address

Margie C. Fails                                              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
Indemnitor – Individual   (print or type)                    SS#

ACKNOWLEDGEMENT
STATE OF Mississippi        County of Forrest

On this 28 day of OCT, 2009, before me personally appeared Margie C. Fails of the address shown above, known or proven to me to be the person described in and who executed the foregoing instrument, and he/she acknowledged to me that he/she executed the same. IN WITNESS WHEREOF, I have hereunto set my hand and affixed my OFFICIAL SEAL the day and year first above written.

_____ /s/ Edna M. Keim _____
Notary Public           (signature)

EDNA M. KEIM
Notary Public           (print or type)

Notary Public residing at: HATTIESBURG, MS

Commission expires:

[Seal: STATE OF MISSISSIPPI NOTARY PUBLIC — ID # 5269 — EDNA MAE KEIM — Commission Expires June 17, 2013 — FORREST COUNTY]


_____ /s/ Phillip A. Fails _____ 10/25/09   P.O. Box 514, Bassfield, MS 39421
Indemnitor – Individual   (signature)        Month/Day/Year    Address

Phillip A. Fails                                             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
Indemnitor – Individual   (print or type)                    SS#

ACKNOWLEDGEMENT
STATE OF Mississippi        County of Forrest

On this 28 day of OCT, 2009, before me personally appeared Phillip A. Fails of the address shown above, known or proven to me to be the person described in and who executed the foregoing instrument, and he/she acknowledged to me that he/she executed the same. IN WITNESS WHEREOF, I have hereunto set my hand and affixed my OFFICIAL SEAL the day and year first above written.

_____ /s/ Edna M. Keim _____
Notary Public           (signature)

EDNA M. KEIM
Notary Public           (print or type)

Notary Public residing at: HATTIESBURG, MS

Commission expires:

[Seal: STATE OF MISSISSIPPI NOTARY PUBLIC — ID # 5269 — EDNA MAE KEIM — Commission Expires June 17, 2013 — FORREST COUNTY]


_____ /s/ Arthur Henderson _____ 10-28-09   445 East Side Drive, Ovett, MS 39464
Indemnitor – Individual   (signature)        Month/Day/Year    Address

Arthur C. Henderson                                          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
Indemnitor – Individual   (print or type)                    SS#

ACKNOWLEDGEMENT
STATE OF Mississippi        County of Forrest

On this 28 day of OCT, 2009, before me personally appeared Arthur C. Henderson of the address shown above, known or proven to me to be the person described in and who executed the foregoing instrument, and he/she acknowledged to me that he/she executed the same. IN WITNESS WHEREOF, I have hereunto set my hand and affixed my OFFICIAL SEAL the day and year first above written.

_____ /s/ Edna M. Keim _____
Notary Public           (signature)

EDNA M. KEIM
Notary Public           (print or type)

Notary Public residing at: HATTIESBURG, MS

Commission expires:

[Seal: STATE OF MISSISSIPPI NOTARY PUBLIC — ID # 5269 — EDNA MAE KEIM — Commission Expires June 17, 2013 — FORREST COUNTY]

S-5007 (8-2004)