IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

TRAVELERS CASUALTY
& SURETY COMPANY
OF AMERICA, INC.                                                                                            PLAINTIFF

V.                                                    CIVIL ACTION NO. 2:13cv101-KS-MTP

HUB MECHANICAL CONTRACTORS, INC.,
CARREME B. CURRY, GEORGE C. CURRY,
CINDY B. CURRY, MARGIE C. FAILS,
PHILIP A. FAILS, AND ARTHUR C. HENDERSON                                    DEFENDANTS

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I, Brenda Redfern, am admitted or otherwise authorized to practice in this court, and I enter my appearance in this case as co-counsel for Philip A. Fails.

**THIS** the 26th day of September, 2013.

            Respectfully submitted,

            **PHILIP A. FAILS**

            By:   /s/ *Brenda Redfern*
              Brenda Redfern, MSB No. 7428
              One of His Attorneys

**OF COUNSEL:**
**BIGGS, INGRAM, SOLOP & CARLSON, PLLC**
111 Capitol Building
111 East Capitol Street, Suite 101
Jackson, Mississippi   39201
**Christopher Solop**, MSB #7687
 Telephone:  (601) 987-4822
 Facsimile:   (601) 713-9920
 Email: csolop@bisclaw.com
**Brenda Redfern**, MSB #7428
 Telephone:  (601) 954-6028
 Facsimile:   (601) 713-9927
 Email: bredfern@bisclaw.com

## **CERTIFICATE OF SERVICE**

I, Brenda Redfern, one of the attorneys for Philip A. Fails, do hereby certify that I have this day electronically filed the foregoing document with the Clerk of the Court using the ECF system, which sent notification to all registered users, including the opposing party's attorneys, including:

Ellie Burnham Word
eword@kfplaw.com

*Attorney for Travelers Casualty & Surety Company of America*

Samuel Christopher Farris
rusnapper@aol.com

*Attorney for George C. Curry*

Robert C. Williamson, Jr.
rcw@baria-williamson.com

*Attorney for Margie C. Fails*

**THIS** the 26th day of September, 2013.

By: ___/s/ *Brenda Redfern*___