UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

**TRAVELERS CASUALTY & SURETY
COMPANY OF AMERICA**                                    **PLAINTIFF**

**VERSUS**                              **CIVIL ACTION NO. 2:13cv101-KS-MTP**

**HUB MECHANICAL CONTRACTORS, INC., et al**        **DEFENDANTS**

### CLERK'S ENTRY OF DEFAULT

I HEREBY CERTIFY that Hub Mechanical Contractors, Inc., Carreme B. Curry and Arthur C. Henderson, Defendants, are in default for failure to appear, plead or otherwise defend in the above entitled action as appears in the records of this office.

This the 18th day of October, 2013.

J. T. NOBLIN, CLERK

D. McDonald
Deputy Clerk