IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**TRAVELERS CASUALTY & SURETY COMPANY**
**OF AMERICA**                                                                                 **PLAINTIFF**

**VS.**                                                        **CAUSE NO. 2:13cv101KS-MTP**

**HUB MECHANICAL CONTRACTORS, INC.,**
**CARREME B. CURRY, GEORGE C. CURRY,**
**CINDY B. CURRY, MARGIE C. FAILS,**
**PHILIP A. FAILS, AND ARTHUR C. HENDERSON**                        **DEFENDANTS**

## TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA'S NOTICE OF WITHDRAWAL OF ITS MOTION FOR DEFAULT JUDGMENT AS TO CARREME B. CURRY ONLY

Travelers Casualty & Surety Company of America ("Travelers") hereby gives notice of its withdrawal of its Motion for Default Judgment [Doc 17] as to **Carreme B. Curry only**. Travelers' **Motion remains as to defendants Hub Mechanical Contractors, Inc. and Arthur C. Henderson**. Travelers and Ms. Curry are currently in settlement discussions, which may result in a dismissal of Ms. Curry from this litigation. As such, Travelers does not wish to pursue a default against Ms. Curry at this time, but reserves the right to renew its motion if the settlement negotiations fail.

This the 7th day of February, 2014.

                                                    Respectfully submitted,

                                                    KREBS, FARLEY & PELLETERI, PLLC

                                                        /s/ Ellie B. Word
                                                    ELLIE B. WORD, Ms. Bar No. 100408
                                                    ALEC M. TAYLOR, Ms. Bar No. 102874

KREBS, FARLEY & PELLETERI, PLLC
One Jackson Place, Suite 900
188 East Capitol Street
Jackson, Mississippi 39201
601/ 968-6710 (telephone)
601/ 968-6708 (facsimile)
eword@kfplaw.com
ataylor@kfplaw.com
Attorneys for Travelers Casualty & Surety Company of America

## CERTIFICATE OF SERVICE

I, Ellie B. Word, do hereby certify that a copy of the foregoing Notice of Withdrawal of Motion for Default as to Carreme B. Curry only has been served via the ECF System to the following:

> Mr. Robert C. Williamson
> Barria-Williamson PLLC
> 4316 Old Canton Road, Suite 100A
> Jackson, Mississippi 39211
> *Attorney for Margie C. Fails*
>
> Mr. Christopher Solop
> Biggs, Ingram, Solop & Carlson, PLLC
> P.O. Box 14028
> Jackson, Mississippi 39236-4028
> *Attorney for Philip A. Fails*
>
> Mr. S. Christopher Farris
> Farris Law Offices
> 6645 Highway 98 West, Suite 3
> Hattiesburg, Mississippi 39402-7509
> *Attorney for George and Cindy Curry*

This the 7th day of February, 2014.

            */s/* Ellie B. Word
             Ellie B. Word