United States District Court
Southern District Of Mississippi
Eastern Division

**Travelers Casualty & Surety Company
of America**                                                                                               **Plaintiff**

v.                                              Civil Action No. 2:13cv101 KS-MTP

**Hub Mechanical Contractors, Inc.,
Carreme B. Curry, George C. Curry,
Cindy B. Curry, Margie C. Fails,
Philip A. Fails, and Arthur C. Henderson**                                  **Defendants**

## Agreed Order to Stay Plaintiff's Motion for Summary Judgment

*This matter* comes before this Court on Defendant Margie C. Fails (hereinafter referred to as "Mrs. Fails") Motion to Stay Plaintiff Travelers Casualty & Surety Company of America, Inc.'s ("Travelers") Motion for Summary Judgment ("MSJ").  The Court finds that the parties have agreed to a stay and this Agreed Order.  Having considered the premises, the Court finds that the Motion is well taken and should be granted.

*It is, therefore, Ordered and Adjudged* that the Motion for Summary Judgment filed in this action by Travelers Casualty & Surety Company of America, Inc. is hereby stayed.  No further pleadings with respect to said Motion shall be required until such time as the Case Management Conference is held and a new deadline, following the exchange of initial

disclosures, for response to this Motion is set out in the Case Management Order.

*So Ordered* this the 24th day of February, 2014

          *S/ Keith Starrett*
        UNITED STATES DISTRICT JUDGE

Prepared by:

*s/ Robert C. Williamson*
Robert C. Williamson, MS Bar No. 7286
Attorney for Margie C. Fails

Agreed to:

*s/ Ellie Burnham Word*
Ellie Burnham Word, MS Bar No. 100408
Attorney for Travelers Casualty &
Surety Company of America

*s/ Christopher Solop*
Christopher Solop, MS Bar No.7687
Attorney for Philip A. Fails