IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

TRAVELERS CASUALTY & SURETY COMPANY
OF AMERICA                                                                                          PLAINTIFF

VS.                                                                        CAUSE NO. 2:13cv101KS-MTP

HUB MECHANICAL CONTRACTORS, IN
CARREME B. CURRY, GEORGE C. CURRY,
CINDY B. CURRY, MARGIE C. FAILS,
PHILIP A. FAILS, AND ARTHUR C. HENDERSON         DEFENDANTS

## UNOPPOSED MOTION FOR EXTENSION OF TIME

COMES NOW, Travelers Casualty and Surety Company of America ("Travelers"), and files this Unopposed Motion for Extension of Time within which to file its Answer to the Counterclaim of George and Cindy Curry [Doc 32] as follows:

1. George and Cindy Curry filed its Answer to Travelers' Complaint on March 31, 2014, which Answer included a Counterclaim against Travelers.

2. Travelers' Answer to the Counterclaim is due on April 21, 2014.

3. Due to Counsel's travel schedule, Counsel respectfully requests an additional ten (10) days, up to and including May 1, 2014, within which to submit Travelers' Answer.

4. Counsel for Travelers represents that this request for extension is made in good faith and not for purposes of delay.

5. Counsel for Travelers further represents that Counsel for George and Cindy Curry has been contacted and has no objection to the granting of the requested extension of time.

WHEREFORE, PREMISES CONSIDERED, Travelers Casualty and Surety Company of America respectfully requests that the Court enter an Order granting an additional ten (10) days, up to and including May 1, 2014, to file its Answer to the Counterclaim of George and Cindy Curry.

This the 15th day of April, 2014.

>Respectfully submitted,

>KREBS, FARLEY & PELLETERI, PLLC

>By:   /s/ Ellie B. Word
>      ELLIE B. WORD, MSB# 100408
>      ALEC M. TAYLOR, MSB# 102874

188 East Capitol Street
One Jackson Place, Suite 900
Jackson, Mississippi 39201
601-968-6710 (telephone)
601-968-6708 (facsimile)
eword@kfplaw.com
ataylor@kfplaw.com
*Counsel for Travelers Casualty & Surety Company of America*

## CERTIFICATE OF SERVICE

      I, ELLIE B. WORD, do hereby certify that I have this day electronically filed the above and foregoing with the Clerk of the Court using the ECF system which sent electronic notification of such filing to the following:

    Mr. Christopher Solop
    Ms. Kimberly B. Taft
    Biggs, Ingram, Solop & Carlson, PLLC
    111 Capitol Building
    Post Office Box 14028
    Jackson, Mississippi 39236-4028

    This the  15th  day of April, 2014.

                                           /s/ Ellie B. Word
                                           ELLIE B. WORD