IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

TRAVELERS CASUALTY & SURETY COMPANY
OF AMERICA                                                                                          PLAINTIFF

VS.                                                                           CAUSE NO. 2:13cv101KS-MTP

HUB MECHANICAL CONTRACTORS, IN
CARREME B. CURRY, GEORGE C. CURRY,
CINDY B. CURRY, MARGIE C. FAILS,
PHILIP A. FAILS, AND ARTHUR C. HENDERSON                           DEFENDANTS

## NOTICE OF SERVICE

NOTICE IS HEREBY GIVEN that Plaintiff, Travelers Casualty and Surety Company of America, has served its Initial Disclosures via electronic transmission and/or by First Class United States mail, upon all parties to this proceeding.

This the  22nd  day of April, 2014.

                                             Respectfully submitted,

                                             KREBS, FARLEY & PELLETERI, PLLC

                                             By:    /s/ Ellie B. Word
                                                      ELLIE B. WORD, MSB# 100408
                                                      ALEC M. TAYLOR, MSB# 102874

188 East Capitol Street
One Jackson Place, Suite 900
Jackson, Mississippi 39201
601-968-6710 (telephone)
601-968-6708 (facsimile)
eword@kfplaw.com
ataylor@kfplaw.com
*Counsel for Travelers Casualty & Surety Company of America*

## **CERTIFICATE OF SERVICE**

I, ELLIE B. WORD, do hereby certify that I have this day electronically filed the above and foregoing with the Clerk of the Court using the ECF system which sent electronic notification of such filing to the following:

Mr. Christopher Solop
Ms. Kimberly B. Taft
Biggs, Ingram, Solop & Carlson, PLLC
111 Capitol Building
Post Office Box 14028
Jackson, Mississippi 39236-4028
*Attorneys for Philip A. Fails*

Mr. Robert C. Williamson
Barria-Williamson PLLC
4316 Old Canton Road, Suite 100A
Jackson, Mississippi  39211
*Attorney for Margie C. Fails*

Mr. S. Christopher Farris
Farris Law Offices
6645 Highway 98 West, Suite 3
Hattiesburg, Mississippi  39402-7509
*Attorney for George and Cindy Curry*

This the  22nd  day of April, 2014.

        /s/ Ellie B. Word
        ELLIE B. WORD