# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### EASTERN DIVISION

TRAVELERS CASUALTY & SURETY COMPANY
OF AMERICA                                                                                    PLAINTIFF

VS.                                                              CAUSE NO. 2:13cv101KS-MTP

HUB MECHANICAL CONTRACTORS, IN
CARREME B. CURRY, GEORGE C. CURRY,
CINDY B. CURRY, MARGIE C. FAILS,
PHILIP A. FAILS, AND ARTHUR C. HENDERSON         DEFENDANTS

## NOTICE OF VOLUNTARY DISMISSAL
## AS TO DEFENDANT CARREME B. CURRY

Plaintiff, Travelers Casualty & Surety Company of America ("Travelers"), by and through its undersigned counsel, hereby notifies the Court that, because Travelers has reached a settlement with defendant Carreme B. Curry, it voluntary dismisses its Complaint in its entirety against Carreme B. Curry only, without prejudice. Pursuant to Mississippi Rule of Civil Procedure 41(a)(1)(i), because no responsive pleading has been served by Carreme B. Curry, a separate motion and order are not required.

This the 9th day of May, 2014.

                                         Respectfully submitted,

                                         KREBS, FARLEY & PELLETERI, PLLC

                                         By: /s/ Ellie B. Word
                                              ELLIE B. WORD, MSB# 100408
                                            ALEC M. TAYLOR, MSB# 102874

KREBS, FARLEY & PELLETERI, PLLC
One Jackson Place, Suite 900
188 East Capitol Street
Jackson, Mississippi 39201
601-968-6710 (telephone)
601-968-6708 (facsimile)
eword@kfplaw.com
ataylor@kfplaw.com
*Attorneys for Travelers Casualty & Surety Company of America*

## CERTIFICATE OF SERVICE

     I, ELLIE B. WORD, do hereby certify that I have this day electronically filed the above and foregoing Notice of Voluntary Dismissal of Defendant Carreme B. Curry with the Clerk of the Court using the ECF system which sent electronic notification of such filing to the following:

Mr. Christopher Solop
Ms. Kimberly B. Taft
Biggs, Ingram, Solop & Carlson, PLLC
111 Capitol Building
Post Office Box 14028
Jackson, Mississippi 39236-4028
*Attorneys for Philip A. Fails*

Mr. Robert C. Williamson
Barria-Williamson PLLC
4316 Old Canton Road, Suite 100A
Jackson, Mississippi  39211
*Attorney for Margie C. Fails*

Mr. S. Christopher Farris
Farris Law Offices
6645 Highway 98 West, Suite 3
Hattiesburg, Mississippi  39402-7509
*Attorney for George and Cindy Curry*

     Notice was sent by U.S. Mail, postage prepaid, to Carreme B. Curry.

     This the 9th day of May, 2014.

                                              /s/ Ellie B. Word
                                              ELLIE B. WORD