IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

TRAVELERS CASUALTY & SURETY COMPANY
OF AMERICA                                                                                       PLAINTIFF

VS.                                                               CAUSE NO. 2:13cv101KS-MTP

HUB MECHANICAL CONTRACTORS, IN
CARREME B. CURRY, GEORGE C. CURRY,
CINDY B. CURRY, MARGIE C. FAILS,
PHILIP A. FAILS, AND ARTHUR C. HENDERSON                DEFENDANTS

## NOTICE OF SERVICE

NOTICE IS HEREBY GIVEN that Plaintiff, Travelers Casualty and Surety Company of America, has served its First Set of Interrogatories and First Requests for Production of Documents propounded to Defendants, George C. Curry, Jr. and Cindy B. Curry, via electronic transmission, and upon all parties to this proceeding.

This the  23rd  day of May, 2014.

                                                  Respectfully submitted,

                                                  KREBS, FARLEY & PELLETERI, PLLC

                                                  By:   /s/ Ellie B. Word
                                                        ELLIE B. WORD, MSB# 100408
                                                        ALEC M. TAYLOR, MSB# 102874

188 East Capitol Street
One Jackson Place, Suite 900
Jackson, Mississippi 39201
601-968-6710 (telephone)
601-968-6708 (facsimile)
eword@kfplaw.com
ataylor@kfplaw.com
*Counsel for Travelers Casualty & Surety Company of America*

- 2 -

## CERTIFICATE OF SERVICE

      I, ELLIE B. WORD, do hereby certify that I have this day electronically filed the above and foregoing with the Clerk of the Court using the ECF system which sent electronic notification of such filing to the following:

Mr. Christopher Solop  
Ms. Kimberly B. Taft  
Biggs, Ingram, Solop & Carlson, PLLC  
111 Capitol Building  
Post Office Box 14028  
Jackson, Mississippi 39236-4028  
*Attorneys for Philip A. Fails*

Mr. Robert C. Williamson  
Barria-Williamson PLLC  
4316 Old Canton Road, Suite 100A  
Jackson, Mississippi  39211  
*Attorney for Margie C. Fails*

Mr. S. Christopher Farris  
Farris Law Offices  
6645 Highway 98 West, Suite 3  
Hattiesburg, Mississippi  39402-7509  
*Attorney for George and Cindy Curry*

This the 23rd day of May, 2014.

                                                    /s/ Ellie B. Word  
                                                    ELLIE B. WORD