IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**TRAVELERS CASUALTY & SURETY COMPANY**
**OF AMERICA**                                                                    **PLAINTIFF**

**VS.**                                                            **CAUSE NO. 2:13cv101KS-MTP**

**HUB MECHANICAL CONTRACTORS, IN**
**CARREME B. CURRY, GEORGE C. CURRY,**
**CINDY B. CURRY, MARGIE C. FAILS,**
**PHILIP A. FAILS, AND ARTHUR C. HENDERSON**            **DEFENDANTS**

## NOTICE OF SERVICE

NOTICE IS HEREBY GIVEN that Plaintiff, Travelers Casualty and Surety Company of America, has served its First Set of Interrogatories and First Requests for Production of Documents propounded to Defendants, George C. Curry, Jr. and Cindy B. Curry, via electronic transmission, and upon all parties to this proceeding.

This the  23rd  day of May, 2014.

                                        Respectfully submitted,

                                        KREBS, FARLEY & PELLETERI, PLLC

                                        By:    /s/ Ellie B. Word
                                              ELLIE B. WORD, MSB# 100408
                                              ALEC M. TAYLOR, MSB# 102874

188 East Capitol Street
One Jackson Place, Suite 900
Jackson, Mississippi 39201
601-968-6710 (telephone)
601-968-6708 (facsimile)
eword@kfplaw.com
ataylor@kfplaw.com
*Counsel for Travelers Casualty & Surety Company of America*

## CERTIFICATE OF SERVICE

I, ELLIE B. WORD, do hereby certify that I have this day electronically filed the above and foregoing with the Clerk of the Court using the ECF system which sent electronic notification of such filing to the following:

Mr. Christopher Solop
Ms. Kimberly B. Taft
Biggs, Ingram, Solop & Carlson, PLLC
111 Capitol Building
Post Office Box 14028
Jackson, Mississippi 39236-4028
*Attorneys for Philip A. Fails*

Mr. Robert C. Williamson
Barria-Williamson PLLC
4316 Old Canton Road, Suite 100A
Jackson, Mississippi  39211
*Attorney for Margie C. Fails*

Mr. S. Christopher Farris
Farris Law Offices
6645 Highway 98 West, Suite 3
Hattiesburg, Mississippi  39402-7509
*Attorney for George and Cindy Curry*

This the  23rd  day of May, 2014.

                                                  /s/ Ellie B. Word
                                                  ELLIE B. WORD