IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

TRAVELERS CASUALTY & SURETY COMPANY
OF AMERICA                                                                                          PLAINTIFF

V.                                                        CIVIL ACTION NO. 2:13cv101-KS-MTP

HUB MECHANICAL CONTRACTORS, INC.,
CARREME B. CURRY, GEORGE C. CURRY,
CINDY B. CURRY, MARGIE C. FAILS,
PHILIP A. FAILS, AND ARTHUR C. HENDERSON                              DEFENDANTS

## ORDER

On May 28, 2014, Plaintiff ("Movant"), filed its Motion to Strike Improper Damage Request Made by Philip A. Fails in His Answer [59].  Pursuant to Local Uniform Civil Rule 7(b)(4), Defendant Philip A. Fails ("Respondent") is required to file a response and memorandum brief within fourteen (14) days after service of Movant's motion.  Pursuant to Federal Rule of Civil Procedure 6(a), the last day of the aforementioned time period is to be included unless it is a Saturday, Sunday, or legal holiday.  Further, Federal Rule of Civil Procedure 6(d) provides the Respondent with an additional three (3) days for the filing of the response.  In accordance with the preceding Rules, the Court fixes the date certain for the response as on or before **June 16, 2014.**

Pursuant to Local Uniform Civil Rule 7(b)(4), if Movant desires to submit a rebuttal memorandum, it may do so within seven (7) days after service of the Respondent's memorandum brief in response.  In accordance with Local Uniform Civil Rule 7(b)(4) and Federal Rule of Civil Procedure 6, the Court fixes the date certain for the rebuttal as on or before **June 26, 2014.**

If either the Movant or Respondent wishes to extend the time allotted for filing the

response or rebuttal, counsel shall file a motion for additional time prior to the expiration of the date certain fixed by the Court.

Pursuant to Local Uniform Civil Rule 7(b)(5), Movant's original and rebuttal memoranda together shall not exceed a combined total of thirty-five (35) pages, and Respondent's memorandum brief shall not exceed thirty-five (35) pages.  If either the Movant or Respondent wishes to exceed the number of pages for briefing available, counsel shall file a motion for additional pages before submitting excessive briefing.

SO ORDERED AND ADJUDGED this the 29th day of May, 2014.

*s/Keith Starrett*
UNITED STATES DISTRICT JUDGE