IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**TRAVELERS CASUALTY & SURETY**
**COMPANY OF AMERICA, INC.**                                                               **PLAINTIFFS**

**v.**                                                  **CIVIL ACTION NO.: 2:13-cv-101-KS-MTP**

**HUB MECHANICAL CONTRACTORS, INC., ET AL.**                            **DEFENDANTS**

## ORDER

THIS MATTER is before the Court on the Motion to Quash [48] filed by Hub Refrigeration & Fixture Co., Inc., a non-party.  The Court finds that the Motion should be granted as unopposed.

On May 7, 2014, Hub Refrigeration & Fixture Co., Inc. filed its Motion [48] seeking an order from the Court quashing or, alternatively, modifying a subpoena duces tecum served on it by Defendant Philip Fails on April 24, 2014.  Philip Fails has failed to respond or request an extension of time to serve a response to this particular Motion.  The time for a response has expired. *See* L.U. Civ. R. 7(b)(4).  "If a party fails to respond to any motion, other than a dispositive motion, within the time allotted, the court may grant the motion as unopposed." L.U. Civ. R. (b)(3)(E).

IT IS, THEREFORE, ORDERED that the Motion to Quash [48] is GRANTED as unopposed and the subject subpoena is hereby quashed.

SO ORDERED this the 29th day of May, 2014.

                                                                                s/Michael T. Parker
                                                                                United States Magistrate Judge