**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**TRAVELERS CASUALTY & SURETY
COMPANY OF AMERICA**                                                    **PLAINTIFF**

**vs.**                                                    **Civil Action No. 2:13-cv-101KS-MTP**

**HUB MECHANICAL CONTRACTORS, INC.,
CARREME B. CURRY, GEORGE C. CURRY,
CINDY B. CURRY, MARGIE C. FAILS, PHILIP
A. FAILS, and ARTHUR C. HENDERSON**                               **DEFENDANTS**

---

**ENTRY OF APPEARANCE**

---

COMES NOW the Defendants, George C. Curry and Cindy B. Curry, and file this Notice to the Court of the Entry of Appearance of Robert E. Sanders as co-counsel for the Defendants in the above-styled cause.  All pleadings and matters pertaining to this cause should be copied to Robert E. Sanders at the address below.

DATED**:** June 6, 2014.

Respectfully submitted,

GEORGE C. CURRY AND CINDY B. CURRY

By: */s/ Robert E. Sanders*
 Robert E. Sanders, Their attorney

E. Stephen Williams (MSB No. 7233)
Robert E. Sanders (MSB No. 6446)
rsanders@youngwells.com
Young Wells Williams P.A.
P. O. Box 6005
Ridgeland, MS  39158-6005
(601) 948-6100
(601) 355-6136 *fax*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he has transmitted a copy of the foregoing to the following persons via this Court's electronic filing system:

> Robert C. Williamson
> Barri-Williamson
> 4316 Old Canton Road, Suite 100A
> Jackson, MS  39211
>
> S. Christopher Farris
> Farris Law Offices
> 6645 Hwy. 98 West, Suite 3
> Hattiesburg, MS  39402-7509
>
> Ellie B. Word
> Krebs, Farley & Pelleteri, PLLC
> 188 East Capitol Street
> One Jackson Place, Suite 900
> Jackson, MS  39201
>
> Christopher Solop
> Brenda Redfern
> Biggs, Ingram & Solop
> 111 East Capitol Building
> 111 East Capitol Street, Suite 101
> Jackson, MS  39201

SO CERTIFIED this 6th day of June, 2014.

> /s/ Robert E. Sanders
> Robert E. Sanders